# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - REOPENING/CLOSING

Case No. 2:21-cv-03458-JVS-PVC            Date August 22, 2024

Title: Jorge Ruiz Quezada v. C&W Facility Services Inc.

Present: The Honorable James V. Selna, United States District Judge

| Elsa Vargas | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

Proceedings:  ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 5/19/21 - Make JS-6.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer   eva